■ NANCY FREEH, Respondent, v. THOMAS CLEMENT, Defendant, and NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Same decision and like cause of action as in companion case of *Freeh* v. *New York Cent. R. R. Co.* (5 A D 2d 753).

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SALVATORE TERENNA, Appellant.— Order affirmed. All concur. (Appeal from an order of Chautauqua County Court denying defendant's application to set aside a judgment convicting defendant of the crime of rape, second degree.) Present — McCurn, P. J., Vaughan, Kimball, Williams and Bastow, JJ.

■ ROLAND JONES, Respondent, v. BETHLEHEM STEEL COMPANY et al., Respondents, and MICHIGAN MUTUAL LIABILITY COMPANY, Appellant.— Order affirmed, with $10 costs and disbursements. All concur. (Appeal from an order of Erie Special Term ordering that any lien or other claim for reimbursement claimed by the Michigan Mutual Liability Company arising out of an accident which happened May 29, 1953, be discharged, nullified and otherwise invalidated.) Present — McCurn, P. J., Vaughan, Kimball, Williams and Goldman, JJ.

■ In the Matter of ROBERT H. MOREY, Appellant, against WILLIAM JOHNSTON, as Chairman of the City of Canandaigua Board of Tax Assessors, Respondent.— Order affirmed, without costs of this appeal to either party. MEMORANDUM: We affirm the determination of the Trial Justice insofar as he found that this proceeding was not timely commenced. Furthermore, the petition, on its face, fails to show that petitioner's contentions have any merit under subdivision 6 of section 4 of the Tax Law. All concur. (Appeal from an order of Ontario Trial Term dismissing the proceeding to compel the Assessors of the City of Canandaigua to exempt certain property from taxation.) Present — McCurn, P. J., Vaughan, Kimball, Williams and Goldman, JJ.

■ THERESA M. EVANS, Respondent-Appellant, v. RICHARD PRUE, Respondent, and ARLENE R. LESKA, Appellant-Respondent.— Judgment affirmed, without costs of these appeals to any party. All concur. (Cross appeals by defendant Leska and by plaintiff from a judgment of Onondaga Trial Term for plaintiff against both defendants in an automobile negligence action.) Present — McCurn, P. J., Vaughan, Kimball, Williams and Goldman, JJ.

■ WILLIAM R. EVANS, Respondent-Appellant, v. RICHARD PRUE, Respondent, and ARLENE R. LESKA, Appellant-Respondent.— Same decision and like cause of action as in companion case of *Evans* v. *Prue* (5 A D 2d 754).

■ FRANK J. LESKA, Respondent, v. RICHARD PRUE, Defendant, and ARLENE R. LESKA, Appellant.— Same decision and like cause of action as in companion case of *Evans* v. *Prue* (5 A D 2d 754).